IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHERRI FRANCES BEALS                                              PLAINTIFF

v.                                    CIVIL NO. 16-6013

NANCY A. BERRYHILL,
Acting Commissioner, Social Security Administration               DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 7th day of February, 2017.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE